```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

         APR 18 2012

              AT SEATTLE
        CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

LUCY ANNE HYDER,
    a/k/a Lucy Bailey,

        Defendant.

CASE NO. CR12 5139 BHS

ORDER ISSUING BENCH WARRANT

    An Indictment having been returned against the above-named defendant, now therefore

    IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

    DATED this <u>18th</u> day of <u>April</u>, 2012.

                                              /s/
                             UNITED STATES MAGISTRATE JUDGE

**SECRET:** YES__XX___ NO_____